**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 30, 2019.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: LUISA MELENDEZ AKA LUISA MELENDEZ-GARCIA § § § § DEBTOR § VS. § § REPUBLIC FINANCE, LLC § § | CASE NO. 19-50974-G  CHAPTER 7 |

### ORDER ON
### MOTION TO AVOID LIEN

Came on to be heard the Motion to Avoid Lien of Republic Finance, LLC on property set apart to the Debtor as exempt in this case having come on for hearing before the Court, and the Court having considered the Motion and the record herein, being advised that;

I.

Creditor has been afforded reasonable notice and an opportunity for hearing on this Motion.

II.

Creditor holds a non-possessory, nonpurchase-money security interest that impairs the exemption of the Debtor in property of a kind described in Federal Bankruptcy Code 11 USC 522(f).

It is hereby **ORDERED** that;

Unless this case is dismissed, the lien of the Creditor shall not survive this bankruptcy proceeding and shall not affix to or be enforceable against the interest of the Debtor in household goods and furnishings, specifically (1) TV, (4) Children Computer Tablets, (1) Computer and Printer, (2) Watches (one Debtor no longer has), and Electronic entertainment equipment.

The aforesaid lien be, and the same hereby is, avoided.

**IT IS ORDERED** that copies of this Order be served by mail upon the Creditor at:

Republic Finance, LLC
2000 S.E. Loop 410, Ste. 105
San Antonio, TX 78220

###

Prepared by:

Cynthia Zuniga Puig
SBOT # 22293457
4007 McCullough, #460
San Antonio, TX 78212
(210) 274-8704
(210) 451-1432 – Facsimile
czplaw@gmail.com